**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7839**

BILLIE AUSTIN BRYANT,

                                        Petitioner - Appellant,

        versus

UNITED STATES PAROLE COMMISSION; A. F. BEELER,
Warden,

                                        Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge.  (5:05-hc-00801-BO)

Submitted:  May 16, 2007              Decided:  June 21, 2007

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billie Austin Bryant, Appellant Pro Se.  Steve R. Matheny, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billie Austin Bryant, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bryant v. United States Parole Comm'n, No. 5:05-hc-00801-BO (E.D.N.C. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED